FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

MAR 2 6 2009

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RAFAEL GOMEZ, | : | |
| INMATE NO. 54868-019, | : | CRIMINAL INDICTMENT NO. |
| Movant, | : | 1:03-CR-558-6-TWT |
| | : | |
| v. | : | |
| | : | CIVIL FILE NO. |
| UNITED STATES OF AMERICA, | : | 1:07-CV-017-TWT |
| Respondent. | : | |

## ORDER AND OPINION

Movant has filed a motion of inquiry. (Doc. 675). In his motion, Movant asks this Court to inform him when a final ruling on his pending 28 U.S.C. § 2255 motion to vacate, set aside or correct sentence will be entered. (Id. at 2). This Court is unable to inform Movant on what date a final decision will be made on his pending motion to vacate sentence. Accordingly, Movant's motion of inquiry should be denied. However, this Court does not intend to allow Movant to be prejudiced by the perceived delay in ruling on his motion to vacate sentence.

**IT IS ORDERED** that Movant's motion of inquiry [Doc. 675] is **DENIED**.

**SO ORDERED**, this 26 day of March, 2009.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/8
2)